**QUARTZ CREEK LAND COMPANY,
a Colorado general partnership,
Petitioner,**

v.

**Coantha CHILDERS, Respondent.**

**No. 97SC414.**

Supreme Court of Colorado.
En Banc.

June 30, 1998.

### ORDER OF COURT

Upon Consideration of the Record on Appeal, together with the Written and oral Arguments of Counsel, and now being sufficiently advised in the premises,

IT IS THIS DAY ORDERED that the Writ of Certiorari heretofore granted be, and is, DENIED as having been improvidently granted.